Robert S. Chapman, Bar No. 70428
Gregory P. Barchie, Bar No. 235022
SAUER & WAGNER LLP
1801 Century Park East, Suite 1150
Los Angeles, California 90067
Tel: (310) 712-8100
Fax: (310) 712-8108
Email: rchapman@swattys.com; gbarchie@swattys.com

Attorneys for Plaintiffs Editorial Sonora Publishing Corp. and Cintas Acuario, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITORIAL SONORA PUBLISHING CORP., and CINTAS ACUARIO, INC.<br><br>Plaintiffs,<br><br>v.<br><br>AA&O ENTERPRISES, INC.; ABEL OROZCO; and DISCOS LINDA; DISCOS LINDA, LLC.<br><br>Defendants. | Case No.: CV-02-01924 SGL (AJWx)<br><br>Consolidated Actions:<br><br>CV-05-01162 SGL (AJWx)<br>CV-05-05838 (AJWx)<br><br>[~~PROPOSED~~] RENEWAL OF JUDGMENT BY CLERK |

Based upon the application for renewal of judgment, and pursuant to Federal Rule of Civil Procedure 69(a) and California *Code of Civil Procedure* §§ 683.110 through 683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiffs Editorial Sonora Publishing Corp. and Cintas Acuario, Inc., individually and jointly, and against Defendants Abel Orozco, AA&O Enterprises, Inc. and Discos Linda LLC, jointly and severally, is hereby renewed in the amounts set forth below:

Renewal of money judgment in favor of Plaintiff Editorial Sonora Publishing Corp. and against Defendants Abel Orozco, AA&O Enterprises, Inc. and Discos Linda LLC, jointly and severally:

| | | |
|---|---|---|
| a. | Total judgment in favor of Editorial Sonora Publishing Corp. | $ 841,473.72 |
| b. | Costs after Judgment | $ 0.00 |
| c. | Subtotal (add a and b) | $ 0.00 |
| d. | Credits after judgment | $ 9,125.00 |
| e. | Subtotal (subtract d from c) | $ 0.00 |
| f. | Interest after judgment (.27% per annum) | $ 21,443.75 |
| g. | Fee for filing renewal application | $ 0.00 |
| h. | Total renewed judgment to Editorial Sonora Publishing Corp. (add e, f and g) | $ 853,792.47 |

Renewal of money judgment in favor of Plaintiff Cintas Acuario, Inc. and against Defendants Abel Orozco, AA&O Enterprises, Inc. and Discos Linda LLC, jointly and severally:

| | | |
|---|---|---|
| a. | Total judgment in favor of Cintas Acuario, Inc. | $ 844,189.82 |
| b. | Costs after judgment | $ 0.00 |
| c. | Subtotal (add a and b) | $ 0.00 |
| d. | Credits after judgment | $ 9,125.00 |
| e. | Subtotal (subtract d from c) | $ 0.00 |
| f. | Interest after judgment (.27% per annum) | $ 21,512.96 |
| g. | Fee for filing renewal application | $ 0.00 |
| h. | Total renewed judgment to Cintas Acuario, Inc. (add e, f and g) | $ 856,577.78 |

///

SAUER & WAGNER LLP
1801 CENTURY PARK EAST, SUITE 1150
LOS ANGELES, CA 90067

Renewal of portion of the foregoing money judgments jointly awarded to Plaintiffs Editorial Sonora Publishing Corp. and Cintas Acuario, Inc. and against Defendants Abel Orozco, AA&O Enterprises, Inc. and Discos Linda LLC, jointly and severally:

| | | |
|---|---|---|
| a. | Total portion of judgment jointly awarded | $ 694,189.82 |
| b. | Costs after judgment | $ 0.00 |
| c. | Subtotal (add a and b) | $ 0.00 |
| d. | Credits after judgment | $ 9,125.00 |
| e. | Subtotal (subtract d from c) | $ 0.00 |
| f. | Interest after judgment (.27% per annum) | $ 17,690.43 |
| g. | Fee for filing renewal application | $ 0.00 |
| h. | Total renewed portion of judgment jointly awarded (add e, f and g) | $ 702,755.25 |

Dated: January 29, 2020     Clerk, by _Sharon Hall Brown_ (signature)
                            Deputy

KIRY K. GRAY,
Clerk of U.S. District Court